**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VERNON SHEPARD, | ) | NO. CV 14-6425-FMO(AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| CYNTHIA TAMPKINS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 21, 2015.

                                                                                                /s/
                                                      FERNANDO M. OLGUIN
                                       UNITED STATES DISTRICT JUDGE